UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:14CR00063 SNLJ |
| ) | |
| BRETT RAYMOND SCHERMERHORN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Abbie Crites-Leoni (#46), filed November 21, 2014 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements (#32) be **DENIED**.

Dated this 22nd day of December, 2014 .

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE